UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:

Tanya Lee Knutson,
*aka* Tanya Lee Thielen,
*asf* Star Satellite Communication LLC,
*asf* Drip Drop LLC, and
Nathan Jon Knutson,
*asf* Star Satellite Communications LLC,
*asf* Drip Drop LLC,

      Debtors.

CHAPTER 13 CASE
CASE NO. 17-50299

AGREED ORDER

This case is before the court on the motion of U.S. Bank National Association seeking relief from the automatic stay imposed by 11 U.S.C. § 362. Based on the motion, the file and the agreement of the debtors and U.S. Bank National Association, the debtors agree to cure the post-petition arrears in the total amount of $3,246.42 with a breakdown as follows:

| | |
|---|---|
| 3 payments at $1,082.14 | $3,246.42 |
|     August 1, 2017 through October 1, 2017 | |
| Credits/Suspense (-) | ($0.00) |
| **Total:** | **$3,246.42** |

The post-petition arrears will be cured by the debtors as follows:

1.) One lump sum payment of $1,623.21 made payable to U.S. Bank National Association in certified funds and delivered to the offices of Wilford, Geske & Cook, P.A., 7616 Currell Blvd., Suite 200, Woodbury, MN 55125 on or before October 24, 2017;

2.) Six monthly payments as follows:

| | |
|---|---|
| -November 15, 2017 | $270.53 |
| -December 15, 2017 | $270.53 |
| -January 15, 2018 | $270.53 |
| -February 15, 2018 | $270.53 |
| -March 15, 2018 | $270.53 |
| -April 15, 2018 | $270.56 |

1

The debtors agree that the monthly cure payments are in addition to debtors' regular monthly payments and debtors agree to send regular monthly payments and monthly cure payments directly to:

**U.S. Bank National Association**
**4801 Frederica Street**
**Owensboro, KY 42301**

The debtors agree to continue to pay regular monthly payments on this account as and when such payments become due, commencing November 1, 2017. The debtors also agree to remain current with the trustee.

IT IS ORDERED:

1. The motion is denied.

2. If the debtors do not comply with any of the above terms U.S. Bank National Association will be entitled to ex parte relief from the automatic stay upon expiration of ten calendar days after service by U.S. Mail of an affidavit of default upon the debtors and the debtors' attorney; and upon failure by the debtor to cure. If a default notice issues and the default is cured within the ten days allowed, U.S. Bank National Association will be entitled to $75.00 as compensation for attorney fees incurred for the notice. If the movant issues two default notices which are cured, U.S. Bank National Association shall be entitled to ex parte relief from the automatic stay immediately upon the third default by the debtors. U.S. Bank National Association shall also be entitled to immediate ex parte relief if the case is converted to chapter 7.

Dated: October 23, 2017

/e/ Robert J. Kressel
United States Bankruptcy Judge

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 10/23/2017
Lori Vosejpka, Clerk, by DDV